UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MICHELLE SCHULZE,

    Plaintiff,

v.                                            Case No. 17-CV-462

LA CROSSE COUNTY,

    Defendant.

---

### ORDER FOR DISMISSAL

---

Based on the Stipulation of the parties:

**IT IS HEREBY ORDERED** that the above-entitled action is hereby dismissed on its merits, with prejudice, without costs or further notice to any party.

Dated this 1st day of December 2017.

BY THE COURT:

_Barbara B. Crabb_
HONORABLE BARBARA B. CRABB
District Court Judge